# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

|  |  |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) ) |
| AARON M. FREY, in his official capacity as ATTORNEY GENERAL OF MAINE, | ) ) ) |
| *Defendant*. | ) ) |

Case No. 1:25-CV-407 (JCN)

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Novartis Pharmaceuticals Corporation appeals to the United States Court of Appeals for the First Circuit from this Court's Order, ECF No. 44, entered in this action on September 23, 2025.

Dated: September 23, 2025

Respectfully submitted,

*/s/ Matthew Warner*
Matthew Warner
Alexandra Harriman
PRETIFLAHERTY
45 Memorial Circle,
Augusta, ME 04330
Telephone: (207) 623-5300
mwarner@preti.com

Susan M. Cook*
Jessica L. Ellsworth*
Alexander V. Sverdlov*
Marlan Golden*
Jacob T. Young*
HOGAN LOVELLS US LLP

555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
susan.cook@hoganlovells.com

*Attorneys for Plaintiff Novartis
Pharmaceuticals Corporation*

*\*Admitted pro hac vice*